

FILED

10:57 am, 2/8/21

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In re:

JOHN GERARD BIELINSKI

Debtor

Case No. 19-20365
Chapter   7

**ORDER SCHEDULING HEARING ON MOTION FOR ORDER TO SHOW CAUSE
REGARDING CHRISTINE FLETCHER (ECF NO. 327)**

Upon review of the record, the court finds, and

IT IS ORDERED Christine Fletcher shall appear and show cause at a hearing to be held by VIDEO CONFERENCE on **March 25, 2021 at 10:30 a.m.** or as soon thereafter as the parties may be heard, to show the court why she should not be held in contempt and sanctioned for her disregard of deadlines and evasion of her deposition in violation of the 2004 Order and Subpoena. A party requesting participation by video conference shall refer to Local Bankruptcy Rule 9074-2.

On or before **March 8, 2021**, any party wanting to participate, other than Movant, shall file a response to Movant's Motion. Failure to file a response may result in the court entering relief and/or sanctions without hearing.

On or before **March 15, 2021,** any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. Exhibits shall be electronically submitted through the Court's CM/ECF system by following the Electronic Evidence Procedures Frequently Ask Questions (FAQs) located at www.wyb.uscourts.gov. Counsel should retain original exhibits for introduction at the hearing if necessary. The Court will not have exhibits available for the parties' use. Electronic filing of the exhibits shall be considered service on all parties receiving electronic notice. Objections to exhibits requiring presentation of an original document must be filed three days prior to hearing.

Pro se parties may submit his/her schedule and **three** copies **(indexed and bound)** of the proposed exhibits to the U.S. Bankruptcy Clerk's Office, 2120 Capitol Avenue, Suite 6004, Cheyenne, Wyoming 82001.

Parties with witnesses testifying by video conference are responsible to ensure witnesses at remote locations receive ALL exhibits in order to testify.

      The Court requests the parties be prepared for the admission of uncontested exhibits as a preliminary matter at the evidentiary hearing.

BY THE COURT

_____ 2/8/2021
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
    Andrea Gandara/Terry Connolly
    Christine Fletcher