FILED

Tim J. Ellis
Clerk of Court

1:52 pm, 2/22/21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John Gerard Bielinski ) | Case No. 19-20365 |
| ) | Chapter 7 |
| Debtor(s). ) | |

## ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS

**THIS MATTER** is before the Court on Town & Country's (the "Bank" or "T&C") *Motion for Attorneys' Fees and Costs* (the "Motion"), and the Court being fully advised in the premises, and good cause being shown;

**IT IS ORDERED** the Motion is granted in its entirety and the Bank shall be awarded attorneys' fees and costs in the amount of $20,500.71, which consists of $19,795.50 in attorneys' fees and $705.21 in costs incurred as a result of the actions and omissions by Shiloh Pacific, LLC, One Universe, LLC, and Red Outdoor Media, LLC (collectively, the "Bielinski Entities") that were the subject of the Motion for Order to Show Cause filed herein on July 17, 2020 [ECF No. 215] and T&C's efforts to obtain documents from the Bielinski Entities from the time of issuance of the subpoena through September 2020.

**BY THE COURT:**

*/s/ Cathleen D. Parker*  2/22/2021

Honorable Cathleen D. Parker
United States Bankruptcy Court