TERRY W. CONNOLLY
WSB #6-3447
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001
(307) 635-4111

RICHARD F. HOLLEY
(Admitted Pro Hac Vice)
ANDREA M. GANDARA
(Admitted Pro Hac Vice)
HOLLEY DRIGGS
400 S. 4th Street, Third Floor
Las Vegas, Nevada 89101
(702) 791-0308

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| IN RE: | ) | |
|---|---|---|
| | ) | |
| John Gerard Bielinski | ) | Case No. 19-20365 |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**

COMES NOW Creditor Town & Country Bank (the "Bank", "Creditor" or "Applicant"), by and through Terry W. Connolly of the law firm Patton & Davison LLC and Richard F. Holley and Andrea M. Gandara of the law firm Holley Driggs, hereby gives notice that on February 22, 2021, the Court entered an Order Granting Motion for Attorneys' Fees and Costs [ECF. No. 340] ("Order").

/

/

/

/

2561130.docx

A copy of said Order is attached.

**DATED** this 23rd day of February, 2021.

    MOVANT:  Town & Country Bank

    By:  /s/Andrea M. Gandara
        Richard F. Holley (Admitted *Pro Hac Vice*)
        Andrea M. Gandara (Admitted *Pro Hac Vice*)
        Holley Driggs
        400 S. 4th Street, Third Floor
        Las Vegas, Nevada 89101
        (702) 791-0308
        *Attorneys for Town & Country Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February, 2021, a true and correct copy of the foregoing instrument was served on the following parties as follows:

### BY REGULAR U.S. MAIL

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Timothy L. Woznick. Esq.
Crowley Fleck PLLP
P.O. Box 394
Cheyenne, WY 82003

### BY ELECTRONIC SERVICE:

Terry Wynn Connolly on behalf of Creditor Town & Country Bank
terry@pattondavison.com, pam@pattondavison.com

Jamie Cotter on behalf of Trustee Tracy L. Zubrod
jcotter@spencerfane.com, lhaydon@spencerfane.com, nschacht@spencerfane.com; zfairlie@spencerfane.com; sgoldstein@spencerfane.com, lwright@spencerfane.com

Andrea M Gandara on behalf of Creditor Town & Country Bank
agandara@nevadafirm.com, mvanheuvelen@nevadafirm.com; apestonit@nevadafirm.com; oswibies@nevadafirm.com

Richard F. Holley on behalf of Creditor Town & Country Bank
rholley@nevadafirm.com, oswibies@nevadafirm.com; apestonit@nevadafirm.com

Patrick M. Hunter on behalf of Creditor David Ben Bassat
notices@pmhunterlaw.com, g2002@notify.cincompass.com

Ken McCartney on behalf of Debtor John Gerard Bielinski
bnkrpcyrep@aol.com , jill@bankruptcyrep.com; chris@bankruptcyrep.com; cev@bankruptcyrep.com

Philip A. Pearlman on behalf of Trustee Tracy L. Zubrod
ppearlman@spencerfane.com , nschacht@spencerfane.com

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Stephen R. Winship on behalf of Creditor David Ben Bassat
steve@winshipandwinship.com, kim@winshipandwinship.com; don@winshipandwinship.com; billie@winshipandwinship.com; receptionist@winshipandwinship.com

Tracy L. Zubrod
tzubrod@zubrodlawofficepc.com, wy08@ecfcbis.com; hdavis@zubrodlawofficepc.com

                                      /s/ Andrea M. Gandara
                                      Andrea M. Gandara

FILED
1:52 pm, 2/22/21
Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John Gerard Bielinski ) | Case No. 19-20365 |
| ) | Chapter 7 |
| Debtor(s). ) | |

## ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS

**THIS MATTER** is before the Court on Town & Country's (the "Bank" or "T&C") *Motion for Attorneys' Fees and Costs* (the "Motion"), and the Court being fully advised in the premises, and good cause being shown;

**IT IS ORDERED** the Motion is granted in its entirety and the Bank shall be awarded attorneys' fees and costs in the amount of $20,500.71, which consists of $19,795.50 in attorneys' fees and $705.21 in costs incurred as a result of the actions and omissions by Shiloh Pacific, LLC, One Universe, LLC, and Red Outdoor Media, LLC (collectively, the "Bielinski Entities") that were the subject of the Motion for Order to Show Cause filed herein on July 17, 2020 [ECF No. 215] and T&C's efforts to obtain documents from the Bielinski Entities from the time of issuance of the subpoena through September 2020.

BY THE COURT:

*Cathleen D Parker* 2/22/2021

Honorable Cathleen D. Parker
United States Bankruptcy Court

1

11747-10/2544775.docx