TERRY W. CONNOLLY
WSB #6-3447
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001
(307) 635-4111

RICHARD F. HOLLEY
(Admitted Pro Hac Vice)
ANDREA M. GANDARA
(Admitted Pro Hac Vice)
HOLLEY DRIGGS
400 S. 4th Street, Third Floor
Las Vegas, Nevada 89101
(702) 791-0308

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John Gerard Bielinski | ) | Case No. 19-20365 |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

## TOWN & COUNTRY BANK'S WITNESS LIST AND SCHEDULE OF EXHIBITS

Town & Country Bank ("T&C"), a creditor and interested party in this bankruptcy, by and through its counsel, Terry W. Connolly of the law firm Patton & Davison LLC and Richard F. Holley, Esq. (admitted *pro hac vice*) and Andrea M Gandara, Esq. (admitted *pro hac vice*) of the law firm Holley Driggs, hereby makes the following disclosures as required by the Court's Order Scheduling Hearing on Motion for Order to Show Cause Regarding Christine Fletcher (ECF. No. 327) [ECF. No. 335] (the "Order") as follows:

### A.    WITNESSES

Pursuant to the Order, Plaintiff discloses the following anticipated witnesses:

1.   Christine Fletcher
     4565 South 20th Street
     Milwaukee, Wisconsin 53221

2.  John Gerard Bielinski
    c/o Ken McCartney, #5-1335
    The Law Offices of Ken McCartney, P.C.
    P.O. Box 1364
    Cheyenne, WY 82003-1364
    Tel (307) 635-0555
    Fax (307) 635-0585
    Email: bnkrpcyrep@aol.com

    STEPHEN E. BERKEN
    BERKEN CLOYES, PC
    1159 Delaware Street
    Denver CO 80204
    Tel: (303) 623-4357
    Fax: (720) 554-7853
    E-mail: stephenberkenlaw@gmail.com

Any and all witnesses identified by all parties.

Plaintiff reserves the right to amend and supplement this disclosure as more information

becomes known, up through and including the time of hearing.

**B.    DOCUMENTS**

Pursuant to the Order, see attached the Exhibit Schedule.

Dated this 15th day of March, 2021.

**HOLLEY DRIGGS**

  /s/ Andrea M. Gandara
RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
ANDREA M. GANDARA, ESQ.
Nevada Bar No. 12580
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

TERRY W. CONNOLLY
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001
(307) 635-4111

*Attorneys for Town & Country Bank*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of March, 2021, a true and correct copy of the foregoing instrument was served on the following parties as follows:

BY REGULAR U.S. MAIL

Christine Fletcher
4565 South 20th Street
Milwaukee, Wisconsin 53221

James R. Eby, Esq.
4020 N. Wilson Dr.
Milwaukee, WI 53211

BY ELECTRONIC SERVICE:

Stephen E. Berken on behalf of Debtor John Gerard Bielinski
stephenberkenlaw@gmail.com, stephenberkenlaw@ecf.courtdrive.com

Stephen E. Berken on behalf of Defendant John Gerard Bielinski
stephenberkenlaw@gmail.com, stephenberkenlaw@ecf.courtdrive.com

Terry Wynn Connolly on behalf of Creditor Town & Country Bank
terry@pattondavison.com, pam@pattondavison.com

Terry Wynn Connolly on behalf of Plaintiff Town & Country Bank
terry@pattondavison.com, pam@pattondavison.com

Jamie Cotter on behalf of Trustee Tracy L. Zubrod
jcotter@spencerfane.com,
lhaydon@spencerfane.com,nschacht@spencerfane.com;zfairlie@spencerfane.com;sgoldstein@spencerfane.com,lwright@spencerfane.com

Andrea M Gandara on behalf of Creditor Town & Country Bank
agandara@nevadafirm.com,
mvanheuvelen@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com

Andrea M Gandara on behalf of Plaintiff Town & Country Bank
agandara@nevadafirm.com,
mvanheuvelen@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com

Richard F. Holley on behalf of Creditor Town & Country Bank
rholley@nevadafirm.com, oswibies@nevadafirm.com;apestonit@nevadafirm.com

Patrick M. Hunter on behalf of Creditor David Ben Bassat
notices@pmhunterlaw.com, g2002@notify.cincompass.com

Ken McCartney on behalf of Debtor John Gerard Bielinski
bnkrpcyrep@aol.com, chris@bankruptcyrep.com

Ken McCartney on behalf of Defendant John Gerard Bielinski
bnkrpcyrep@aol.com, chris@bankruptcyrep.com

Justin M. Mertz on behalf of Interested Party Anthony Vodnik
jmmertz@michaelbest.com

David M. Miller on behalf of Trustee Tracy L. Zubrod
dmiller@spencerfane.com, nschacht@spencerfane.com

Christopher R. Miltenberger on behalf of Creditor Lamar Central Outdoor, LLC
miltenbergerc@gtlaw.com

Philip A. Pearlman on behalf of Attorney Spencer Fane LLP
ppearlman@spencerfane.com, nschacht@spencerfane.com

Philip A. Pearlman on behalf of Trustee Tracy L. Zubrod
ppearlman@spencerfane.com, nschacht@spencerfane.com

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Stephen R. Winship on behalf of Creditor David Ben Bassat
steve@winshipandwinship.com,
kim@winshipandwinship.com;billie@winshipandwinship.com;receptionist@winshipandwinship
.com

Stephen R. Winship on behalf of Plaintiff David Ben Bassat
steve@winshipandwinship.com,
kim@winshipandwinship.com;billie@winshipandwinship.com;receptionist@winshipandwinship
.com

Timothy L. Woznick on behalf of Interested Party Anthony Vodnik
twoznick@crowleyfleck.com, twillingham@crowleyfleck.com

Tracy L. Zubrod
tzubrod@zubrodlawofficepc.com, wy08@ecfcbis.com


/s/  Olivia Swibies